■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HYACINTH TOBIAS, Appellant.—Amended judgment of the Supreme Court, Queens County, rendered September 30, 1976, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.